AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

| | |
|---|---|
| HERMAN R SAMAYOA; and PAM PULLEN, | JUDGMENT IN A CIVIL CASE |
| v. | CASE NUMBER: 4:25-cv-00251 |
| STATE FARM FIRE AND CASUALTY COMPANY, | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated April 27, 2026, this case is remanded to the Superior Court of Chatham County, Georgia, for further proceedings. This case stands closed.



| | |
|---|---|
| 4/27/2026 | John E. Triplett, Clerk of Court |
| *Date* | *Clerk* |
| | *(By) Ann Duke, Deputy Clerk* |

GAS Rev 10/2020